**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6003**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TERRY L. ADAMS,

Defendant - Appellant.

**No. 21-6292**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TERRY L. ADAMS,

Defendant - Appellant.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, Senior District Judge. (1:11-cr-00064-LO-1)

Submitted: May 20, 2021                                    Decided: May 25, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terry L. Adams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Terry L. Adams challenges the district court's order denying his motion for a sentence reduction under the First Step Act of 2018, Pub. L. No. 115-291, §§ 401, 404, 132 Stat. 5194, 5220-22. We have reviewed the record and find no reversible error. Accordingly, we deny Adams' motion for appointment of counsel and affirm for the reasons stated by the district court. *United States v. Adams*, No. 1:11-cr-00064-LO-1 (E.D. Va. Oct. 29, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*